UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| T-MOBILE WEST LLC AND INDEPENDENT TOWERS HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF MEDINA, WASHINGTON,<br><br>Defendant. | CIVIL ACTION NO. 2:14-cv-01455-RSL<br><br>MEDINA'S RESPONSE TO MEDINA RESIDENTS' MOTION TO INTERVENE |

COMES NOW the City of Medina, by and through their counsel of record, Chris D. Bacha and Kari L. Sand of Kenyon Disend, PLLC, and submits the following in response to Medina Residents' motion to intervene in the above named action.

<u>RESPONSE</u>

The City of Medina takes no position in opposition to, or in support of Intervenor, Medina Residents', motion to intervene, and, unless ordered by the Court to respond, does not intend to file a memorandum of authorities in response to Intervenors' motion to intervene.

MEDINA'S RESPONSE TO MEDINA
RESIDENTS' MOTION TO INTERVENE- 1
CIVIL ACTION NO. 2:14-cv-01455-RSL



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

RESPECTFULLY SUBMITTED this 8th day of December, 2014.

By   s/ Chris D. Bacha
Chris D. Bacha
WSBA No. 16714

By   s/ Kari L. Sand
Kari L. Sand
WSBA No. 27355
KENYON DISEND, PLLC
11 Front Street South
Issaquah, WA 98027-3820
Phone: 425-392-7090
Fax: 425-392-7071
Email: chris@kenyondisend.com
Email: Kari@kenyondisend.com
Attorneys for Defendant City of Medina

MEDINA'S RESPONSE TO MEDINA
RESIDENTS' MOTION TO INTERVENE- 2
CIVIL ACTION NO. 2:14-cv-01455-RSL



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

## DECLARATION OF SERVICE

I hereby certify that on December 8, 2014, I electronically filed the foregoing *Medina's Response to Medina Residents' Motion to Intervene* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Linda Gayle White Atkins**
lindaatkins@dwt.com,ScottThompson@dwt.com,DanielReing@dwt.com,sheilacroisier@dwt.com

- **George Richard Hill**
rich@mhseattle.com,laura@mhseattle.com,IMorrison@mhseattle.com

- **Medina Residents**
imorrison@mhseattle.com

- **Ian Sterling Morrison**
imorrison@mhseattle.com

- **Daniel P. Reing**
DanielReing@dwt.com,WDCDocket@dwt.com,GinaLee@dwt.com

- **Richard M Stephens**
LHall@GSKlegal.pro,stephens@GSKlegal.pro

- **Thomas Scott Thompson**
ScottThompson@dwt.com,PauletteHumphries@dwt.com

DATED December 8, 2014.

*Sheryl Loewen* (signature)
Sheryl Loewen

MEDINA'S RESPONSE TO MEDINA RESIDENTS' MOTION TO INTERVENE- 3
CIVIL ACTION NO. 2:14-cv-01455-RSL

Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071