1

The Honorable Robert S. Lasnik

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    T-MOBILE WEST LLC and INDEPENDENT
      TOWERS HOLDINGS, LLC,                          No. 2:14-CV-1455-RSL

11                          Plaintiffs,              DECLARATION OF SCOTT
                                                     THOMPSON IN SUPPORT OF
12         v.                                        PLAINTIFFS' OPPOSITION TO
                                                     INTERVENORS' MOTION FOR
13    THE CITY OF MEDINA,                            RELIEF FROM BRIEFING
                                                     DEADLINE
14                          Defendant.

15
            Thomas Scott Thompson declares and states:
16
            1.      I am a Partner in the law firm of Davis Wright Tremaine LLP and am counsel
17
      for Plaintiff T-Mobile West LLC in this case.  I am over the age of 18 years, competent to
18
      testify herein, and make this declaration on personal knowledge of the facts stated.
19
            2.      Attached hereto as Exhibit A is a true and correct redacted copy of the first 4
20
      pages of a "Settlement Report" created by Richard Conroy.  I have redacted the Settlement
21
      Report to remove any confidential settlement communications.  By submitting this redacted
22
      version, Plaintiffs reserve and do not waive their claim to exclusion of all settlement
23
      communications under F.R.E. 408.  The redacted version of Mr. Conroy's Settlement Report is
24
      submitted only for the purpose of establishing that the Settlement Report clearly stated that it
25
      was being communicated solely for purposes of confidential settlement discussions.
26

27

DECL OF SCOTT THOMPSON (CV-1455-RSL) - 1
DWT 27472445v1 0048172-000640

1    3.    Pursuant to 28 U.S.C. § 1746 and the laws of the District of Columbia, I declare

2    under penalty of perjury that the foregoing is true and correct.

3    DATED this 29th day of July, 2015 at Washington, D.C..

4

5    Thomas Scott Thompson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECL OF SCOTT THOMPSON (CV-1455-RSL) - 2
DWT 27472445v1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David A Bricklin | bricklin@bnd-law.com,<br>cahill@bnd-law.com,<br>miller@bnd-law.com |
| George Richard Hill | rich@mhseattle.com,<br>IMorrison@mhseattle.com,<br>laura@mhseattle.com |
| Ian Sterling Morrison | imorrison@mhseattle.com |
| Richard M Stephens | LHall@GSKlegal.pro,<br>stephens@GSKlegal.pro |
| Robert Franklin Noe | bob@kenyondisend.com,<br>bob.noelaw@gmail.com,<br>kathy@kenyondisend.com,<br>margaret@kenyondisend.com,<br>mary@kenyondisend.com,<br>Mike@kenyondisend.com,<br>sheryl@kenyondisend.com |

Lynn Michel

Lynn Michel

DECL OF SCOTT THOMPSON (CV-1455-RSL) - 3
DWT 27472445v1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

1

2

3

4

5

6

**EXHIBIT A**
**(REDACTED PAGES OF SETTLEMENT REPORT OF RICHARD CONROY)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECL OF SCOTT THOMPSON (CV-1455-RSL) - 4
DWT 27472445v1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA  98004-5149
425.646.6100 main · 425.646.6199 fax

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE WEST LLC and INDEPENDENT TOWERS HOLDINGS, LLC;<br><br>          Plaintiff,<br><br>     v.<br><br>THE CITY OF MEDINA, WASHINGTON<br><br>          Defendant. | Civil Action No.: C14-1455RSL |

# Expert Report of Richard Conroy
# Regarding Proposed Settlement

# Index

I.      Background

II.     Existing Coverage – Baseline Data

III.

CONFIDENTIAL

        A.

        B.     CONFIDENTIAL

        C.

IV.     Conclusions

        Appendix 1:  Richard Conroy Curriculum Vitae

## I.     Background

1. I am the President of PierCon Solutions, LLC, a New Jersey company specializing in the provision of radio frequency engineering, design and consulting services to the wireless communications industry since 1998. I have twenty-seven years' experience designing complex cellular, PCS and Public Safety communication networks throughout the United States. I have specific training, experience and education in the design of advanced digital wireless networks, including T-Mobile's Second Generation ("2G")[1] network based on GSM, GPRS and EDGE technologies, T-Mobile's advanced wireless networks including its Third Generation ("3G") network based on UMTS (Universal Mobile Telecommunications System) technologies, and its Fourth Generation ("4G")[2] network using HSPA+ and LTE technology; all networks are operated by T-Mobile in the City of Medina, Washington. T-Mobile's 2G and 3G/4G networks are used to provide personal wireless services. A copy of my *curriculum vitae* is attached hereto as Appendix 1.

2. References in this Report to "Medina" are to The City of Medina Washington, the Defendant in this matter. References to "T-Mobile" are to the Plaintiff T-Mobile South LLC, the Plaintiff in this matter. References in this report to "Fairweather Park Site" or "SE08014A" refer to 7621 NE 32nd Street,  Medina WA; the proposed location for the wireless facility at issue in this matter.

3. This report is prepared solely for purposes of use by the Plaintiffs and City in support of a proposed settlement

CONFIDENTIAL                    CONFIDENTIAL

---

This report **is not** the complete report that I would perform and present as an expert witness in the litigation and is intended for use only as part of the settlement discussions. Nonetheless, the conclusions in this report are the result of the same rigorous professional and expert analysis, based on complete and accurate data, as I would use in my full Rule 26 expert report.

CONFIDENTIAL

CONFIDENTIAL