The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE WEST LLC and INDEPENDENT TOWERS HOLDINGS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF MEDINA,<br><br>　　　　　　Defendant. | No. 2:14-CV-1455-RSL<br><br>SECOND DECLARATION OF LINDA WHITE ATKINS |

Linda White Atkins declares and states:

1. I am an attorney in the law firm of Davis Wright Tremaine LLP and am counsel for Plaintiff T-Mobile West LLC in this case. I am over the age of 18 years, competent to testify herein, and make this declaration on personal knowledge of the facts stated.

2. Attached hereto as Exhibit A is a true and correct copy of the City of Medina Staff Analysis and Recommendation on Independent Towers Special Use Permit and Variance, dated July 8, 2014.

3. Attached hereto as Exhibit B is a true and correct copy of the City of Medina Comprehensive Plan.

2nd DECL OF LINDA WHITE ATKINS (CV-1455-RSL) - 1
DWT 27821183v1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax

4. Pursuant to 28 U.S.C. § 1746 and the laws of the State of Washington, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of September, 2015 at Bellevue, Washington.

*Linda White Atkins*
LINDA WHITE ATKINS

2nd DECL OF LINDA WHITE ATKINS (CV-1455-RSL) - 2
DWT 27821183v1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| David A Bricklin | bricklin@bnd-law.com, cahill@bnd-law.com, miller@bnd-law.com |
| George Richard Hill | rich@mhseattle.com, IMorrison@mhseattle.com, laura@mhseattle.com |
| Ian Sterling Morrison | imorrison@mhseattle.com |
| Richard M Stephens | LHall@GSKlegal.pro, stephens@GSKlegal.pro |
| Robert Franklin Noe | bob@kenyondisend.com, bob.noelaw@gmail.com, kathy@kenyondisend.com, margaret@kenyondisend.com, mary@kenyondisend.com, Mike@kenyondisend.com, sheryl@kenyondisend.com |

_____
Lynn Michel

2nd DECL OF LINDA WHITE ATKINS (CV-1455-RSL) - 3
DWT 27821183v1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004-5149
425.646.6100 main · 425.646.6199 fax