The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE WEST LLC and INDEPENDENT TOWER HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF MEDINA, WASHINGTON,<br><br>Defendant. | NO. 2:14-cv-1455-RSL<br><br>SECOND DECLARATION OF GEORGE A. STEIRER |

George A. Steirer declares and states:

1. I have been a municipal planner for approximately 17 years. I am over the age of 18 years, competent to testify herein, and make this declaration on personal knowledge of the facts stated.

2. I have read the City of Medina Municipal Code (MMC) related to Wireless Communication Facilities, MMC 20.37.

3. I have read the decision of the Hearing Examiner for the City of Medina, regarding the application of Daniel Schweigard, on behalf of the city of Medina (as lessor) and Independent

SECOND DECLARATION OF GEORGE A. STEIRER - 1

Bricklin & Newman, LLP
Attorneys at Law
1001 Fourth Avenue, Suite 3303
Seattle WA 98154
Tel. (206) 264-8600
Fax. (206) 264-9300

1   Towers Holding, LLC (as lessee) for a Special Use Permit and Variances (hereinafter referred to
2   as 'The Independent Towers Application'), decided August 21, 2014.

3       4.    I have reviewed the City of Medina official zoning map, adopted via city ordinance
4   number 907, which designates the area proposed by The Independent Towers Application as the
5   "Fairweather Nature Preserve/Park".

6       5.    On June 20, 2015 and September 9, 2015 I visited the Fairweather Nature
7   Preserve/Park, located southeast of the intersection of Evergreen Point Road and Northeast 32nd
8   Street in Medina, Washington. Additionally, I reviewed aerial photographs of the site available
9   through the internet at the King County "IMAP" Geographic Information System application.

10      6.    On June 20, 2015 and September 9, 2015, I visited the site of the Bellevue Christian
11  School located at 7800 NE 28th Street in Medina, Washington. Additionally, I reviewed aerial
12  photographs of the site available through the internet at the King County "IMAP" Geographic
13  Information System application.

14      7.    I was asked to evaluate The Independent Towers Application and assess whether
15  the proposed site is the least intrusive site available for T-Mobile's facility. To make that
16  assessment, I took into account whether T-Mobile likely could obtain land use permits and
17  approvals required for such a facility in the city of Medina and whether the land owner is likely
18  willing to lease the site for cell tower use. I executed a declaration with a summary of my opinions
19  (Dkt. 47). I have prepared this declaration to address issues raised in response to my earlier
20  declaration.

21      8.    Exhibit 1 to my first declaration identified four alternative sites. Alternative Site D
22  on that map is located on the south side of SR 520, east of Evergreen Point Road. It is sometimes
23  referred to as the "Park and Ride" site as there used to be a Park and Ride lot there.

SECOND DECLARATION OF GEORGE A. STEIRER - 2

Bricklin & Newman, LLP
Attorneys at Law
1001 Fourth Avenue, Suite 3303
Seattle WA 98154
Tel. (206) 264-8600
Fax. (206) 264-9300

9. Exhibit 1 to this declaration is a map with an aerial photograph from 2013, obtained from King County IMAP. There are parcel lines placed on the aerial photograph downloaded from the King County GIS Center. The same four alternative sites for the proposal I identified on my earlier exhibit are shown again on this Exhibit 1. However, I have divided Site D into D-1 and D-2 to reflect the two parcels, owned by separate entities, that comprise this site. Site D-1 is the portion of the site that is owned by the Bellevue School District. Site D-2 is the portion of the site owned by WSDOT. This map also shows the location of T-Mobile's leased premises and its planned tower facility (designated as "Proposed Site").

10. I have read the Declaration of Heather Gastelum dated June 25, 2015 (Dkt. 58).

11. Ms. Gastelum's declaration identified one portion of Site D as a potential site for the tower. She identified it by reference to a photograph attached to her declaration as Exhibit D. Based on a site visit on September 8, 2015, aerial photographs, and photographs taken of the site, I have identified the approximate area acknowledged by Ms. Gastelum to be available for a tower; i.e. the area between the two orange cones and the red and white sign visible on the photograph attached to her declaration as Exhibit D. That location is right at the "D2" label on the map attached to this declaration (Exhibit 1).

12. Using King County's IMAP program, and ESRI's ArcGIS software, I have measured 100' feet from the nearest residences in the direction of Site D-1 and D-2 and identified the distance on the attached Exhibit 1. There is additional area, up to 250 feet or more from the nearest residence, which could potentially be available for a tower.

13. The area depicted in Exhibit D to Heather Gastelum's June 25, 2015 Declaration as a site available for a tower is more than 100' from the nearest residence. The site is approximately 150 feet or more from the closest residence.

SECOND DECLARATION OF GEORGE A. STEIRER - 3

**Bricklin & Newman, LLP**
Attorneys at Law
1001 Fourth Avenue, Suite 3303
Seattle WA 98154
Tel. (206) 264-8600
Fax. (206) 264-9300

14. I also have assessed whether the area identified by Ms. Gastelum is within the WSDOT property (D-2) or the school district property (D-1). The vast majority of the area depicted in Exhibit D to Heather Gastelum's June 25, 2015 Declaration as available for the tower is on WSDOT's property, not the school district's property. Nowhere in Ms. Gastelum's declaration do I see any discussion of size, access, or other issues in relation to the part of Site D owned by the school district -- even though I discussed the school district's ownership of the site in my earlier declaration. Dkt. 47 at 6.

15. Site D extends east from Evergreen Point Road approximately 408 feet on the School District's portion of the site (D-2) and approximately 284 feet on the WSDOT portion of the site (D-1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 11th day of September 2015 at Snoqualmie, Washington.

_____
GEORGE A. STEIRER

SECOND DECLARATION OF GEORGE A. STEIRER - 4

Bricklin & Newman, LLP
Attorneys at Law
1001 Fourth Avenue, Suite 3303
Seattle WA 98154
Tel. (206) 264-8600
Fax. (206) 264-9300