The Honorable Robert S. Lasnik

THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE WEST LLC and INDEPENDENT TOWER HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MEDINA, <br><br> Defendant, <br><br> and <br><br> RESPECT MEDINA and MEDINA RESIDENTS, <br><br> Intervenors. | NO. 2:14-cv-01455-RSL <br><br> CITY OF MEDINA'S WITHDRAWAL OF STIPULATION TO STAY OF PROCEEDINGS |

On October 22, 2015, the parties jointly requested that all proceedings in this matter be stayed pending the parties' exploration of settlement possibilities. The Court granted that request on October 26, 2015, and extended it on December 18, 2015, requiring that the parties report regarding the progress of their settlement negotiations no later than January 8, 2016.

CITY'S WITHDRAWAL OF STIPULATION
TO STAY OF PROCEEDINGS — 1
2:14-CV-01455-RSL

PORTER FOSTER RORICK LLP
800 Two Union Square | 601 Union Street
Seattle, Washington 98101
(206) 622-0203 | pfrwa.com

The City of Medina has withdrawn from those settlement negotiations. The City views this matter as, in essence, a judicial review of a quasi-judicial land use decision made through the City's development code and processes. As such, and given the present posture of the case, the City does not view this case as amenable to settlement through any agreement of all parties. The City intends to file a motion for summary judgment and, should that fail to dispose of the case, the City believes that this matter must proceed to trial for determination on the merits. Accordingly, the City withdraws its stipulation to the stay of proceedings, and requests that a new case schedule be issued.

**RESPECTFULLY SUBMITTED this 8th day of January, 2016.**

**PORTER FOSTER RORICK LLP**

/s/ Jeffrey Ganson
By: **Jeffrey Ganson, WSBA #26469**
**Attorneys for City of Medina**

g:\medin\004\pld\160108withdrawal-stay-pld.docx

**CITY'S WITHDRAWAL OF STIPULATION
TO STAY OF PROCEEDINGS** — 2
2:14-CV-01455-RSL

PORTER FOSTER RORICK LLP
800 Two Union Square | 601 Union Street
Seattle, Washington 98101
(206) 622-0203 | pfrwa.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2016, I electronically filed the foregoing **CITY OF MEDINA'S WITHDRAWAL OF STIPULATION TO STAY OF PROCEEDINGS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Linda Atkins
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE, Suite 2300
Bellevue, Washington 98004
Email: LindaAtkins@dwt.com

T. Scott Thompson (*Pro Hac Vice*)
Daniel P. Reing (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave. NW, Suite 800
Washington D.C. 20006
Email: ScottThompson@dwt.com
Email: DanielReing@dwt.com
*Counsel for Plaintiffs T-Mobile West LLC*

Richard M. Stephens
STEPHENS & KLINGE LLP
10900 NE 8th Street, Suite 1325
Bellevue, Washington 98004
Email: stephens@SKLegal.pro
*Counsel for Plaintiff Independent Towers Holdings, LLC*

David A. Bricklin
BRICKLIN & NEWMAN, LLP
1001 Fourth Avenue, Suite 3303
Seattle, Washington 98154
Email: bricklin@bnd-law.com
*Attorneys for Respect Medina and Medina Residents*

**DATED this 8th day of January 2016.**

/s/Dani Kaminski-Southard
By:    Dani Kaminski-Southard, Legal Assistant

CITY'S WITHDRAWAL OF STIPULATION
TO STAY OF PROCEEDINGS — 3
2:14-CV-01455-RSL

PORTER FOSTER RORICK LLP
800 Two Union Square | 601 Union Street
Seattle, Washington 98101
(206) 622-0203 | pfrwa.com