UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-MOBILE WEST LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF MEDINA, WASHINGTON,<br><br>Defendant, | NO. C14-1455-RSL<br><br><br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The stay in this matter expired on February 28, 2017. Pursuant to the Court's March 10, 2017 Minute Order, the parties submitted a joint status report, and subsequently appeared for a telephonic status conference with the Court on April 10, 2017 at 11:00 a.m. Dkts. 107-10. The Court GRANTS T-Mobile's request for an extension of the stay that was previously granted in this case until **Monday, August 28, 2017**. The parties are directed to file a joint written status report by no later than August 28, 2017, and to notify the Court immediately if the necessary permits are granted to T-Mobile by the City and this case can be dismissed earlier than that date.

//

MINUTE ORDER- 1

**No further extensions of the stay will be granted, absent a showing of bad faith by the City of Medina**.

DATED this 10th day of April, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

MINUTE ORDER- 2