The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| T-MOBILE WEST LLC and INDEPENDENT TOWER HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF MEDINA, WASHINGTON,<br><br>Defendant. | NO. 2:14-cv-1455-RSL<br><br>STIPULATED ORDER OF DISMISSAL<br><br>Noted for Hearing: **June 2, 2017** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties to this litigation, by and through their respective counsel of record, hereby stipulate to the dismissal of this action with prejudice. All parties are to cover their own costs.

Dated this 2nd day of June, 2017.

STIPULATED ORDER OF DISMISSAL- 1

NG-S40TG52V 4844-5230-4453v.1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE · Suite 2300
Bellevue, Washington 98004
(425) 646-6100 · Fax: (425) 646-6199

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Linda Atkins*
Linda Atkins, WSBA No. 17955
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004
425-646-6115 – phone
425-646-6199 – fax

T. Scott Thompson (*Pro Hac Vice*)
Daniel P. Reing (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave. NW, Suite 800
Washington D.C. 20006
202-973-4200 – phone
202-973-4499 – fax
Email: ScottThompson@dwt.com
Email: DanielReing@dwt.com
*Counsel for Plaintiffs T-Mobile West LLC*

BRICKLIN & NEWMAN, LLP

By: /s/ *David A. Bricklin*
David A. Bricklin, WSBA No. 7583
Bricklin & Newman, LLP
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
1-206-264-8600
1-206-264-9300 (fax)
bricklin@bnd-law.com
Attorneys for Intervenors

STIPULATED ORDER OF DISMISSAL- 2

NG-S40TG52V 4844-5230-4453v.1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE · Suite 2300
Bellevue, Washington 98004
(425) 646-6100 · Fax: (425) 646-6199

STEPHENS & KLINGE LLP

By: /s/ Richard M. Stephens
Richard M. Stephens, WSBA No. 21776
STEPHENS & KLINGE LLP
10900 NE 8th Street, Suite 1325
Bellevue, WA 98004
(425) 453-6206 –phone
(425) 453-6224 – fax
Email: stephens@SKLegal.pro
*Counsel for Plaintiff Independent Towers Holdings, LLC*

PORTER FOSTER RORICK, LLP

By: /s/ Jeff Ganson
Jeff Ganson, WSBA No. 26469
PORTER FOSTER RORICK, LLP
800 Two Union Square
601 Union Street
Seattle, Washington 98101
Tel (206) 622-0203
Fax (206) 223-2003
Email jeff@pfrwa.com

*Counsel for Defendant City of Medina*

STIPULATED ORDER OF DISMISSAL- 3

NG-S40TG52V 4844-5230-4453v.1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE · Suite 2300
Bellevue, Washington 98004
(425) 646-6100 · Fax: (425) 646-6199

## ORDER

Pursuant to the Parties' stipulation, which the Court hereby adopts and approves, IT IS HEREBY ORDERED that all claims and counterclaims are dismissed with prejudice and each party shall bear his or its own fees and costs.

DATED this 9th day of June, 2017.

_____
The Honorable Robert S. Lasnik

STIPULATED ORDER OF DISMISSAL- 4

NG-S40TG52V 4844-5230-4453v.1 0048172-000640

Davis Wright Tremaine LLP
LAW OFFICES
777 108th Avenue NE · Suite 2300
Bellevue, Washington 98004
(425) 646-6100 · Fax: (425) 646-6199